**Order entered February 14, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00207-CV

**WALTER O. AND TERREE L. PURICELLI, Appellants**

**V.**

**SAXON MORTAGE SERVICES, INC. ET AL., Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-12790-E**

## ORDER

The Court has before it appellants' February 12, 2013 motion to extend time to appeal.

The Court **GRANTS** the motion and **ORDERS** the notice of appeal tendered on February 11, 2013 timely filed as of that date.

/s/    ELIZABETH LANG-MIERS
JUSTICE